```
Jenny C. Huang, SBN 223596
Sarita I. Ordóñez, SBN 216047
JUSTICE FIRST LLP
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711
```

Attorneys for Plaintiff Deborah Hunter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HUNTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARL CARELOCK,<br>INTER-CON SECURITY SYSTEMS, INC.,<br><br>　　　　Defendants. | Case No.: 2:08-CV-00370-JAM-GGH<br><br>**STIPULATION and ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

WHEREAS the Pre-trial Scheduling Order, dated July 8, 2008, requires that (1) expert reports are due by June 5, 2009, (2) all discovery be completed by July 29, 2009, (3) dispositive motions are due on August 26, 2009; (4) the final pretrial conference is scheduled for October 30, 2009, and (5) trial is scheduled for December 7, 2009; and

WHEREAS the parties were previously engaged in settlement negotiations prior to the substitution of defense counsel;

WHEREAS by notice filed on November 18, 2008, defense counsel was substituted;

WHEREAS the attorneys for the respective parties agree that settlement negotiations are warranted at this stage, prior to the expenditure of costly discovery; and

WHEREAS the parties have additional discovery to conduct in the event that a settlement is not reached between the parties;

IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

1. Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program;

PDF created with pdfFactory trial version www.pdffactory.com

2. The following modifications to the pretrial scheduling order are necessary to allow the parties to engage in meaningful settlement negotiations without the expense of additional discovery. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the following changes shall be made to the Pre-trial Scheduling Order, dated July 8, 2008:

    a. Expert reports are due no later than September 9, 2009;

    b. Rebuttal expert reports are due no later than September 23, 2009;

    c. All discovery shall be completed by October 31, 2009;

    d. Dispositive motions shall be filed by November 30, 2009 and heard on January 6, 2010 at 9:00 a.m.;

    e. Final pretrial conference is set for January 29, 2010 at 2pm; and

    f. Trial is scheduled for March 1, 2010 at 9:00 am.

Dated: February 27, 2009  
    Oakland, California

**JUSTICE FIRST, LLP**  
Attorneys for Plaintiff Deborah Hunter  
By:

_____/s/_____  
Jenny C. Huang  
2831 Telegraph Avenue  
Oakland, CA 94609  
Tel.: (510) 628-0695

Dated: February 27, 2009  
    Los Angeles, California

**PROSKAUER ROSE, LLP**  
Attorneys for Defendants Carl Carelock & Inter-Con Security Systems, Inc.  
By:

_____/s/_____  
Dawn M. Irizarry  
2049 Century Park East, 32nd Floor  
Los Angeles, CA 90067-3206  
Tel.: (310) 557-2900

IT IS SO ORDERED.

Dated: March 2, 2009

/s/ John A. Mendez_____  
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com