Jenny C. Huang, SBN 223596
Sarita I. Ordóñez, SBN 216047
JUSTICE FIRST LLP
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711

Attorneys for Plaintiff Deborah Hunter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HUNTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARL CARELOCK,<br>INTER-CON SECURITY SYSTEMS, INC.,<br><br>　　　　Defendants. | Case No.: 2:08-CV-00370-JAM-GGH<br><br>**JOINT VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) COMPLETION REPORT**<br>**(LOCAL RULE 16-271)** |

　　　WHEREAS this case was referred to the Voluntary Dispute Resolution Program ("VDRP") by Stipulation and Order dated March 2, 2009; and

　　　WHEREAS the parties met for a mediation conference before Gary Basham, Esq. on June 16, 2009;

　　　WHEREAS on August 10, 2009, the VDRP completion report was filed by the VDRP, confirming that the parties did not settle the case;

　　　WHEREAS the parties recently started conducting discovery in this case and have not yet taken any depositions;

　　　WHEREAS by Stipulation and Order dated March 2, 2009, the following case management schedule is in effect:

　　　　a. Expert reports are due no later than September 9, 2009;

　　　　b. Rebuttal expert reports are due no later than September 23, 2009;

　　　　c. All discovery shall be completed by October 31, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

1    d. Dispositive motions shall be filed by November 30, 2009 and heard on January 6,
2    2010 at 9:00 a.m.;
3    e. Final pretrial conference is set for January 29, 2010 at 2pm; and
4    f. Trial is scheduled for March 1, 2010 at 9:00 am.
5  IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:
6    1. The following modifications to the pretrial scheduling order are necessary to allow the
7  parties to conduct fact discovery prior to the disclosure of expert reports. Pursuant to Rule 16(b)
8  of the Federal Rules of Civil Procedure, the following changes shall be made to the case
9  management schedule:
10    a. Fact discovery shall be completed by October 31, 2009;
11    b. Expert reports are due no later than November 6, 2009;
12    c. Rebuttal expert reports are due no later than November 20, 2009;
13    d. Expert discovery shall be completed by December 31, 2009.
14
15    //
16    //
17    //
18    //
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //

PDF created with pdfFactory trial version www.pdffactory.com

2. The following provisions of the case management schedule provided for by Stipulation and Order, dated March 2, 2009, shall remain in effect:

    a. Dispositive motions shall be filed by November 30, 2009 and heard on January 6, 2010 at 9:00 a.m.;

    b. Final pretrial conference is set for January 29, 2010 at 2pm; and

    c. Trial is scheduled for March 1, 2010 at 9:00 am.

Dated: August 20, 2009  
    Oakland, California

**JUSTICE FIRST, LLP**  
Attorneys for Plaintiff Deborah Hunter  
By:

_____/s/_____  
Jenny C. Huang  
2831 Telegraph Avenue  
Oakland, CA  94609  
Tel.: (510) 628-0695

Dated: August 20, 2009  
    Los Angeles, California

**PROSKAUER ROSE, LLP**  
Attorneys for Defendants Carl Carelock & Inter-Con Security Systems, Inc.  
By:

_____/s/_____  
Jeremy Mittman  
2049 Century Park East, 32nd Floor  
Los Angeles, CA  90067-3206  
Tel.:  (310) 557-2900

IT IS SO ORDERED.

Dated: August 21, 2009

/s/ John A. Mendez_____  
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com