Jenny C. Huang, SBN 223596
Sarita I. Ordóñez, SBN 216047
JUSTICE FIRST LLP
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711
E-mail: jhuang@justicefirstllp.com
         sordonez@justicefirstllp.com

Attorneys for Plaintiff Deborah Hunter


Anthony J. Oncidi, SBN 118135
Jeremy Mittman, SBN 248854
PROSKAUER ROSE, LLP
2049 Century Park East
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
e-mail: AOncidi@proskauer.com
        JMittman@proskauer.com

Attorney for Defendants Inter-Con and Carl Carelock

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HUNTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CARL CARELOCK,<br>INTER-CON SECURITY SYSTEMS, INC.,<br><br>    Defendants. | Case No.: 2:08-CV-00370-JAM-GGH<br><br>**JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER PENDING MEDIATION** |

      WHEREAS this case was referred to the Voluntary Dispute Resolution Program ("VDRP") by Stipulation and Order dated March 2, 2009; and

      WHEREAS the parties met for a mediation conference before Gary Basham, Esq. on June 16, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS on August 10, 2009, the VDRP completion report was filed by the VDRP,
2  confirming that the parties did not settle the case;

3  WHEREAS the parties have exchanged discovery in this case and have taken six
4  depositions between them;

5  WHEREAS, significant discovery in this case remains;

6  **WHEREAS, the parties have agreed to attend a second mediation before Catherine**
7  **Yanni, Esq. of JAMS, on November 17, 2007;**

8  WHEREAS by Stipulation and Order dated August 21, 2009, the following case
9  management schedule is now in effect:

10  a. Expert reports are due no later than November 6, 2009;

11  b. Rebuttal expert reports are due no later than November 20, 2009;

12  c. Fact discovery shall be completed by October 31, 2009;

13  d. Expert discovery shall be completed by December 31, 2009;

14  e. Dispositive motions shall be filed by November 30, 2009 and heard on January 6,
15  2010 at 9:00 a.m.;

16  f. Final pretrial conference is set for January 29, 2010 at 2pm; and

17  g. Trial is scheduled for March 1, 2010 at 9:00 am.

18  IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

19  1. The following modifications to the pretrial scheduling order are necessary to allow the
20  parties to conduct fact discovery prior to the disclosure of expert reports.  Pursuant to Rule 16(b)
21  of the Federal Rules of Civil Procedure, the following changes shall be made to the case
22  management schedule:

23  a. Fact discovery shall be completed by January 29, 2010;

24  b. Expert reports are due no later than January 29, 2010;

25  c. Rebuttal expert reports are due no later than March 1, 2010;

26  d. Expert discovery shall be completed by March 31, 2010.

27  e. Dispositive motions shall be filed by February 28, 2010 and heard on March 31,
28  2010 at 9:00 a.m.;

PDF created with pdfFactory trial version www.pdffactory.com

    f. Final pretrial conference shall be set for April 30, 2010 at 2pm; and

    g. Trial is scheduled for June 7, 2010 at 9:00 am.

Dated: October 26, 2009   **JUSTICE FIRST, LLP**
Oakland, California   Attorneys for Plaintiff Deborah Hunter
By:

      /s/ Jenny Huang
Jenny C. Huang
2831 Telegraph Avenue
Oakland, CA  94609
Tel.: (510) 628-0695

Dated: October 26, 2009   **PROSKAUER ROSE, LLP**
Los Angeles, California   Attorneys for Defendants Carl Carelock & Inter-Con Security Systems, Inc.
By:

     /s/ Jeremy Mittman
Jeremy Mittman
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Tel.:  (310) 557-2900

IT IS SO ORDERED.

Dated: October 26, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com