IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HUNTER,

     Plaintiff,                      No. CIV S-08-0370 JAM GGH

     vs.

INTER-CON SECURITY SYSTEMS, INC.,
CARL CARELOCK,

     Defendants.               ORDER
_____/

     This court has considered the Parties' Proposed Stipulated Protective Order.

     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 565 F.3d 1106, 1115 (9th Cir. 2009) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

     Procedurally, the parties must comply with E. D. Local Rule 141 regarding the sealing of documents.

IT IS SO ORDERED.

DATED: December 10, 2009

                                              /s/ Gregory G. Hollows
                                              UNITED STATES MAGISTRATE JUDGE

GGH:076 - Hunter0370.po.wpd

1