1  ANTHONY J. ONCIDI, SBN 118135
   JEREMY M. MITTMAN, SBN 248854
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193
   E-mail: aoncidi@proskauer.com;
5  jeremymittman@proskauer.com

6  Attorneys for Defendants,
   INTER-CON SECURITY SYSTEMS, INC.
7  and CARL CARELOCK

8  Jenny C. Huang, SBN 223596
   Sarita I. Ordóñez, SBN 216047
9  JUSTICE FIRST LLP
10 2831 Telegraph Avenue
   Oakland, CA 94609
11 Telephone: (510) 628-0695
12 Facsimile: (510) 272-0711
   E-mail: jhuang@justicefirstllp.com
13 sordonez@justicefirstllp.com

14
15 Attorneys for Plaintiff DEBORAH HUNTER

16              UNITED STATES DISTRICT COURT
17              EASTERN DISTRICT OF CALIFORNIA
18                  [SACRAMENTO COURTHOUSE]

19

| | |
|---|---|
| 20  DEBORAH HUNTER | Case No. 2:08-CV-00370-JAM-GGH |
| 21         Plaintiff, | |
| 22    v. | **REVISED JOINT STIPULATION TO AMEND DISCOVERY COMPLETION DEADLINE PENDING MEDIATION; ORDER THEREON** |
| 23  INTER-CON SECURITY SYSTEMS, | |
| 24  INC., CARL CARELOCK, | |
| 25         Defendants. | Action Filed: February 19, 2008 |
| 26 | |

27
28

1  WHEREAS this case was referred to the Voluntary Dispute Resolution
2  Program ("VDRP") by Stipulation and Order dated March 2, 2009; and
3  WHEREAS the parties met for a mediation conference before Gary Basham,
4  Esq. on June 16, 2009;
5  WHEREAS on August 10, 2009, the VDRP completion report was filed by
6  the VDRP, confirming that the parties did not settle the case;
7  WHEREAS the parties have exchanged discovery in this case and have taken
8  seven depositions between them;
9  WHEREAS the parties agreed to attend a second mediation before Catherine
10 Yanni, Esq. of JAMS, which was originally scheduled for November 17, 2009;
11 **WHEREAS, by agreement between the parties, the mediation before Ms.**
12 **Yanni was rescheduled for January 14, 2010**;
13 WHEREAS, various disputes regarding said discovery have arisen which
14 require the Court's intervention;
15 WHEREAS, the parties have agreed to postpone the resolution of said
16 discovery disputes until after the completion of the mediation session scheduled for
17 January 14, 2010.
18 WHEREAS by Stipulation and Order dated October 27, 2009, the following
19 case management schedule is now in effect:
20  a. Fact discovery shall be completed by January 29, 2010;
21  b. Expert reports are due no later than January 29, 2010;
22  c. Rebuttal expert reports are due no later than March 1, 2010;
23  d. Expert discovery shall be completed by March 31, 2010;
24  e. Dispositive motions shall be filed by February 28, 2010 and heard on
25     March 31, 2010 at 9:00am;
26  f. Final pretrial conference shall be set for April 30, 2010 at 2pm; and
27  g. Trial is scheduled for June 7, 2010 at 9:00 am.
28

IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

1. Modifications to the pretrial scheduling order are necessary to allow the parties to defer the resolution of various discovery disputes until after mediation has been completed.  Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the following case management schedule shall apply:

   a. Fact discovery shall be completed by February 15, 2010;

   b. Expert reports are due no later than February 15, 2010;

   c. Rebuttal expert reports are due no later than March 1, 2010;

   d. Expert discovery shall be completed by March 31, 2010;

   e. Dispositive motions shall be filed by March 10, 2010 and heard on April 7, 2010 at 9:30am;

   f. Final pretrial conference shall be set for April 30, 2010 at 2pm; and

   g. Trial is scheduled for June 7, 2010 at 9:00 am.

JUSTICE FIRST, LLP
Attorneys for Plaintiff Deborah Hunter

Dated:  December 24, 2009              /s/ Jenny Huang
                                       Jenny C. Huang
                                       2831 Telegraph Avenue
                                       Oakland, CA  94609
                                       Tel:  (510) 628-0695


PROSKAUER ROSE LLP
Attorneys for Defendants
INTER-CON SECURITY SYSTEMS, INC. and CARL CARELOCK

Dated:  December 24, 2009              /s/ Jeremy M. Mittman
                                       Jeremy M. Mittman
                                       2049 Century Park East, 32nd Floor
                                       Los Angeles, CA  90067-3206
                                       Tel:  (310) 557-2900

IT IS SO ORDERED.

Dated:   December 30, 2009

                                       /s/ John A. Mendez
                                       UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com