IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH HUNTER,

    Plaintiff,                              No. CIV S-08-0370 JAM GGH

    vs.

INTER-CON SECURITY SYSTEMS, INC.,

CARL CARELOCK,

    Defendants.                          <u>ORDER</u>

_____/

        The parties have filed a stipulation and proposed order regarding their request for order shortening time in which to hear plaintiff's motion to compel discovery.

        Good cause appearing, IT IS ORDERED that:

        1. The proposed order for continuance and to shorten time, filed January 28, 2010, (dkt. # 45), is granted.

        2. Plaintiff's motion to compel is continued from February 4, 2010, to February 9, 2010 at 10:00 a.m. The joint statement or notice to withdraw motion shall be filed by February 4, 2010.

DATED: February 1, 2010

                            /s/ Gregory G. Hollows
                            _____
                            UNITED STATES MAGISTRATE JUDGE

GGH:076 - Hunter0370.ost