1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEBORAH HUNTER,

11          Plaintiff,                    No. CIV S-08-0370 JAM GGH

12      vs.

13   INTER-CON SECURITY SYSTEMS, INC.,
     CARL CARELOCK,
14

15          Defendants.                   SUMMARY ORDER

16   _____/

17          Previously pending on this court's law and motion calendar for February 9, 2010,

18   was plaintiff's motion to compel discovery, noticed on shortened time.  Appearing for plaintiff

19   was Jenny Huang.  Jeremy Mittman appeared for defendants.  The parties filed a joint statement

20   on February 4, 2010.  Having heard oral argument and reviewed the parties' papers, the court

21   now issues the following summary order.

22          For the reasons stated at hearing, IT IS ORDERED that:

23          1.  In conjunction with the court's October 29, 2009 order resolving plaintiff's

24   motion to compel, filed September 24, 2009, defendants are precluded from introducing at trial

25   for comparative analysis any FMLA related documents which have not been produced to plaintiff

26   by February 28, 2010.

                                            1

2.  Plaintiff's second motion to compel discovery, filed January 13, 2010, is granted.  Defendants shall produce all FMLA files for defendant Carelock, and three employees specified in plaintiff's third set of document requests, number 19, as well as plaintiff's own file, in their entirety,[1] to the extent defendants can locate them, by February 28, 2010.  Any FMLA documents which have not been produced to plaintiff by this date will be barred from introduction at trial or, if documents favorable to plaintiff exist and have not been timely disclosed, other appropriate case dispositive or issue dispositive sanctions may be imposed.

DATED:  02/11/2010

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
Hunter0370.dsy2.wpd

---

[1]  Defendants shall produce all of these files even if portions of them are found in separate locations.