Jenny C. Huang, SBN 223596
Sarita I. Ordóñez, SBN 216047
JUSTICE FIRST LLP
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711

Attorneys for Plaintiff Deborah Hunter

Raymond E. Hane, III, SBN 149960
Kimberly Carter, SBN 221283
BURKE, WILLIAMS & SORENSEN, LLP
444 SOUTH FLOWER STREET, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 236-2719
Facsimile: (213) 236-2700
E-mail: RHane@bwslaw.com
        KCarter@bwslaw.com

Attorneys for Defendants,
INTER-CON SECURITY SYSTEMS, INC.
and CARL CARELOCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HUNTER, | Case No.: 2:08-CV-00370-JAM-GGH |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CARL CARELOCK, INTER-CON SECURITY SYSTEMS, INC., | Judge: The Honorable John A. Mendez<br>Date: 9:30am on April 7, 2010<br>Location: Courtroom 6, 14th Floor |
| Defendants. | |

Plaintiff Deborah Hunter brought this action against Defendants Inter-Con Security Systems, Inc. ("Inter-Con") and Carl Carelock alleging, among other things, sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e *et seq.*) and the Fair Employment and Housing Act (Cal. Gov. Code § 12940 *et seq.*). Inter-Con asserted in its defense that Ms. Hunter was terminated because she exhausted her medical leave benefits pursuant to the California Family Rights Act ("CFRA") and the Family Medical Leave

PDF created with pdfFactory trial version www.pdffactory.com

1  Act ("FMLA").  By motion filed on March 10, 2010, Plaintiff Deborah Hunter moved for partial
2  summary judgment on her claims that Inter-Con interfered with her rights to medical leave by
3  terminating her in violation of the CFRA (Cal. Govt. Code § 12945.2) (Eleventh Cause of
4  Action) and the FMLA (29 U.S.C. § 2615) (Thirteenth Cause of Action).
5      Inter-Con claims that Ms. Hunter was terminated for exhausting her CFRA/FMLA leave,
6  based on the rolling method of calculation.  Pursuant to *Bachelder v. America West Airlines,* 259
7  F.3d 1112, 1129-30 (9th Cir. 2001), employers are required to give notice to their employees of
8  its selected method used to calculate FMLA leave.  In the absence of such notice by the
9  employer, the employee is entitled to use the method of calculation that is most favorable to him
10 or her.  *Bachelder, supra,* 259 F.3d at 1128-29.  Inter-Con claims that it gave Ms. Hunter notice
11 of the rolling method by way of its letter to her, dated February 9, 2007.  However, the February
12 9, 2007 letter is notably silent as to whether Ms. Hunter's leave of absence taken in 2006 would
13 count against her eligibility for CFRA/FMLA leave in 2007, it does not calculate the amount of
14 CFRA/FMLA days used and/or remaining, and does not include any explicit reference to her
15 exact date of exhaustion.  As such, the February 9, 2007 letter improperly kept Ms. Hunter in the
16 dark about the method used by the employer to calculate her CFRA/FMLA leave, in violation of
17 the employer's obligations pursuant to *Bachelder*.
18     Because Inter-Con failed to notify Ms. Hunter in the February 9, 207 letter, or by way of
19 any other document, that it used the rolling method to calculate her CFRA/FMLA leave, Ms.
20 Hunter is entitled, as a matter of law, to use the calendar method to calculate her leave.  Under
21 the calendar method, Ms. Hunter had not exhausted her CFRA/FMLA leave at the time of her
22 termination.  Because Inter-Con terminated Ms. Hunter for exhausting her CFRA/FMLA leave,
23 this Court finds, as a matter of law, that her termination was improper.
24 //
25 //
26 //
27 //
28 //

PDF created with pdfFactory trial version www.pdffactory.com

1  Based upon the oral arguments of counsel at the hearing on April 7, 2010, the papers
2  submitted in support of and in opposition to Plaintiff's motion, and all other pleadings and papers
3  filed in this action, IT IS HEREBY ORDERED that Plaintiff's motion for partial summary
4  judgment on her Eleventh and Thirteenth Causes of Action is GRANTED.

6  Dated: April 15, 2010

/s/ John A. Mendez_____
7  The Honorable John A. Mendez
8  United States District Judge

*HUNTER V. CARELOCK*, CASE NO. 2:08-CV-00370 (JAM)(GGH)
[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
PAGE 3 OF 3

PDF created with pdfFactory trial version www.pdffactory.com