1  Raymond E. Hane, III, SBN 149960
   Kimberly Carter, SBN 221283
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 SOUTH FLOWER STREET, Suite 2400
3  Los Angeles, CA  90071
   Telephone:  (213) 236-2719
4  Facsimile:   (213) 236-2700
   E-mail: RHane@bwslaw.com
5          KCarter@bwslaw.com

6  Attorneys for Defendants,
   INTER-CON SECURITY SYSTEMS, INC. and
7  CARL CARELOCK

8  Jenny C. Huang, SBN 223596
   Sarita I. Ordóñez, SBN 216047
9  JUSTICE FIRST LLP
   2831 Telegraph Avenue
10 Oakland, CA 94609
   Telephone: (510) 628-0695
11 Facsimile: (510) 272-0711
12 E-mail: jhuang@justicefirstllp.com
           sordonez@justicefirstllp.com
13
14 Attorneys for Plaintiff DEBORAH HUNTER

15                     UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17 DEBORAH HUNTER                    )  Case No. 2:08-CV-00370-JAM-GGH
                                     )
18               Plaintiff,          )
                                     )
19        v.                         )  **AMENDED JOINT STIPULATION AND**
                                     )  **ORDER TO AMEND CASE MANAGEMENT**
20 INTER-CON SECURITY SYSTEMS, INC., )  **SCHEDULE**
   CARL CARELOCK,                    )
21                                   )
                                     )
22               Defendants.         )  Action Filed: February 19, 2008
                                     )  Trial date:  June 7, 2010
23                                   )
                                     )

24        WHEREAS by Stipulation and Order dated April 6, 2010, the following case management

25 schedule is now in effect:

26        a.  Fact discovery shall be completed by February 15, 2010;

27        b.  Expert reports are due no later than February 15, 2010;

28        c.  Rebuttal expert reports are due no later than March 1, 2010;

6289/39515-005
Current/17033092v1

**AMENDED JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com

1      d. Expert discovery shall be completed by March 31, 2010;

2      e.  Dispositive motions shall be filed by March 10, 2010 and heard on April 7, 2010 at

3         9:30am;

4      f.  Final pretrial conference shall be set for April 30, 2010 at 2pm; and

5      g.  Trial is scheduled for June 7, 2010 at 9:00 am.;

6   WHEREAS the parties need additional time to complete expert discovery in this case;

7   WHEREAS on April 2, 2010, Burke, Williams & Sorensen, LLP was substituted in as

8   defense counsel for Defendants;

9   WHEREAS defense counsel requests a continuance of the trial to familiarize themselves

10   with this case;

11   WHEREAS Plaintiff is agreeable to a brief, one-month continuance of the trial;

12      //

13      //

14      //

15      //

16      //

17      //

18      //

19      //

20      //

21      //

22      //

23      //

24      //

25      //

26      //

27      //

28      //

**JOINT STIPULATION & ORDER TO AMEND CASE MANAGEMENT SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

2   Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the following

3 modifications shall be made to the case management schedule:

4    a. Expert discovery shall be completed by May 31, 2010;

5    b. Final pretrial conference shall be set for June 11, 2010 at 2pm; and

6    c. Trial is scheduled for July 19, 2010 at 9:00 am.

7

8 Dated: April 16, 2010     **BURKE, WILLIAMS & SORENSEN, LLP**
     Los Angeles, California   Attorneys for Defendants Carl Carelock & Inter-Con
                 Security Systems, Inc.

9              By:

10             /s/ Kimberly Carter
               Kimberly Carter, SBN 221283

11             444 South Flower Street, Suite 2400
               Los Angeles, CA  90071

12             Telephone:  (213) 236-2719

13

14 Dated: April 16, 2010     **JUSTICE FIRST, LLP**
     Oakland, California    Attorneys for Plaintiff Deborah Hunter

15              By:

16             /s/ Jenny Huang
               Jenny C. Huang

17             2831 Telegraph Avenue
               Oakland, CA  94609

18             Tel.: (510) 628-0695

19 IT IS SO ORDERED.

20 Dated:  April 16, 2010

21             /s/ John A. Mendez
              THE HONORABLE JOHN A. MENDEZ

22

23

24

25

26

27

28

3

**JOINT STIPULATION & ORDER TO AMEND CASE MANAGEMENT SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com