| | |
|---|---|
| 1 | Jenny C. Huang (Bar No. 223596) |
| 2 | JUSTICE FIRST LLP<br>2831 Telegraph Avenue |
| 3 | Oakland, CA 94609<br>Telephone: (510) 628-0695 |
| 4 | Facsimile: (510) 272-0711<br>E-mail: jhuang@justicefirstllp.com |
| 5 | |
| | Attorneys for Plaintiff DEBORAH HUNTER |
| 6 | |
| | Raymond E. Hane, III, SBN 149960 |
| 7 | Kimberly Carter, SBN 221283<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 8 | 444 SOUTH FLOWER STREET, Suite 2400<br>Los Angeles, CA 90071 |
| 9 | Telephone: (213) 236-2719<br>Facsimile: (213) 236-2700 |
| 10 | E-mail: RHane@bwslaw.com<br>     KCarter@bwslaw.com |
| 11 | |
| 12 | Attorneys for Defendants INTER-CON SECURITY<br>SYSTEMS, INC. and CARL CARELOCK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH HUNTER | ) | Case No. 2:08-CV-00370-JAM-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **FOR DISMISSAL** |
| | ) | |
| INTER-CON SECURITY SYSTEMS, INC., | ) | |
| CARL CARELOCK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release, effected June 30, 2010, between Plaintiff DEBORAH HUNTER and Defendants INTER-CON SECURITY SYSTEMS, INC. and CARL

//

//

PDF created with pdfFactory trial version www.pdffactory.com

CARELOCK, and pursuant to FRCP 41(a), the parties hereby request that this action, including all claims, be dismissed with prejudice.

Dated: July 23, 2010  
    Oakland, California

**JUSTICE FIRST, LLP**  
Attorneys for Plaintiff Deborah Hunter  
By:

   /s/ Jenny Huang  
Jenny C. Huang  
2831 Telegraph Avenue  
Oakland, CA  94609  
Tel.: (510) 628-0695

Dated: July 23, 2010  
    Los Angeles, California

**BURKE, WILLIAMS & SORENSEN, LLP**  
Attorneys for Defendants Carl Carelock & Inter-Con Security Systems, Inc.  
By:

   /s/ Kimberly Carter  
Kimberly Carter, SBN 221283  
444 South Flower Street, Suite 2400  
Los Angeles, CA  90071  
Telephone:  (213) 236-2719

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, DEBORAH HUNTER, Case No2:08-CV-00370 (JAM), is here by dismissed with prejudice.

Dated:  July 23, 2010

    /s/ John A. Mendez  
    The Honorable John A. Mendez  
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com